UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando_____DIVISION

In re:
Tiwanna Ann Callens

Case No. 1501939
Chapter 13

_____Debtor(s)_____/

### NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ☑

Please print the following information:

NAME: SW Volusia Habitat for Human

OLD MAILING ADDRESS: 196 W. Blue Springs Ave.
Orange City, FL
32763

NEW MAILING ADDRESS: 1030 W. ISB, 2nd Floor
Daytona Beach, FL
32114

DATED: 05/31/2019    *Pamela J. Greenlaw for*
Signature of Debtor or Creditor    *HFH of Greater Volusia County, Inc*

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 386-257-9950

**All future notices shall be sent to the new mailing address**

(6/1/11)

*mailed 05.31.19*